**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Althea May Thompson,

                Plaintiff,                                  24 **CIVIL** 2872 (AT)(GS)

      -v-                                                **JUDGMENT**

Martin O'Malley,
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 16, 2024, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**Dated:**  New York, New York
         October 16, 2024

                                                          **DANIEL ORTIZ**
                                                      **Acting Clerk of Court**

                           **BY:**      *K. Mango*

                                                            **Deputy Clerk**